WILLIAM M. SIMPICH, ESQ. (SB#106672)
1736 Franklin, Tenth Floor
Oakland, California 94612
Telephone: (510) 444-0226

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA DISTRICT

JOHN F. HERNANDEZ and
LESLIE R. SCALES,
    Plaintiffs,

KEVIN BROIN, et al,

CASE NO. C11-02397 MJV SI

STIPULATION AND (PROPOSED)
ORDER CONTINUING DATES RE:
DEFENDANTS' MOTION TO
DISMISS

    Plaintiffs John Hernandez and Leslie Scales, through their attorney William Simpich and Defendants Kevin Broin and Mendocino County, through their attorney Douglas Losak hereby stipulate to continue the deadline for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss from August 8, 2011 to August 15, 2011; to continue the deadline for Defendants to file their Reply Brief from August 15, 2011 to August 22, 2011 and to continue the hearing date for Defendants' Motion to Dismiss from September 16, 2011 to September 23, 2011.

    Plaintiffs and Defendants further stipulate and request that the Judge change the compliance date of Rule 26 Disclosures to 21 days after the issuance of Order on

Defendants' Motion to Dismiss.

Dated: August 11, 2011

_____
William Simpich
Attorney for Plaintiffs

Dated: August 11, 2011

_____
Douglas Losak
Attorney for Defendants

IT IS SO ORDERED

8/19/11

_____
Susan Illston
JUDGE OF US DISTRICT COURT