JEANINE B. NADEL, County Counsel SBN 106996
DOUGLAS L. LOSAK, Chief Deputy SBN 220443
Office of the County Counsel
County of Mendocino – Administration Center
501 Low Gap Road, Room 1030
Ukiah, CA 95482

Telephone: (707) 463-4446
Facsimile: (707) 463-4592
losakd@co.mendocino.ca.us

Attorneys for Defendants
  Kevin Broin and County of Mendocino

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Hernandez, Leslie Scales, | No. C 11-02397 SI |
| Plaintiffs, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| Kevin Broin, individually and in his official capacity as sheriff/coroner of the County of Mendocino, County of Mendocino, Does I-X, | |
| | Honorable Susan Illston |
| | U.S. District Court Judge |
| Defendants. | |

### RECITALS

1. A case management conference in the above-captioned matter is currently scheduled for August 26, 2011, at 2:30 p.m., in Courtroom 10, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. Defendants County of Mendocino and Kevin Broin have filed a Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) which is scheduled to be heard September 22, 2011, at 9:00 a.m. in the same courtroom.

### STIPULATION

In consideration of the foregoing Recitals, the parties, by and through their respective attorneys, hereby stipulate as follows:

-1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
[C-11-02397 SI]

1. The case management conference currently scheduled for August 26, 2011, at 2:30 p.m., will be continued to September 22, 2011, at 2:30 p.m.

2. The location for the case management conference remains unchanged.

Dated: August 24, 2011

JEANINE B. NADEL, County Counsel

by _____
DOUGLAS L. LOSAK, Chief Deputy
Attorneys for Defendants

Dated: August ___, 2011

_____
WILLIAM M. SIMPICH, Esq.
Attorney for Plaintiffs

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the case management conference currently scheduled for August 26, 2011, at 2:30 p.m., will be continued to September 22, 2011, at 2:30 p.m. The location for the case management conference remains unchanged.

Dated: 8/25/11, 2011

_____
SUSAN ILLSTON
United States District Court Judge