IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN HERNANDEZ, *et al.*,

    Plaintiffs,

  v.

KEVIN BROIN, *et al.*,

    Defendants.
                        /

No. C 11-2397 SI

**ORDER DIRECTING FURTHER BRIEFING RE: STATE COURT WRONGFUL DEATH LAWSUIT**

Defendants' motion to dismiss the amended complaint is scheduled for a hearing on September 22, 2011. The parties' briefing on that motion discusses plaintiffs' state court wrongful death lawsuit and the several appeals in that case. *Hernandez et al. v. Whitman Corporation et al.*, CVG0083280 (Mendocino County Sup. Ct.). Defendant has submitted the docket sheet for the first appeal in that case. Andrade Decl. Ex. M. However, neither party has submitted any documents for the second appeal in that case, namely the appeal of the Superior Court's second summary judgment decision in favor of defendants on the wrongful death claim (Appeal. No. A108245). Based upon the Court's research, it appears that after remand of the first appeal, the trial court entered judgment on December 4, 2006, the notice of appeal was "lodged/received" on March 15, 2007, and the remittitur was issued on August 22, 2008. *See* http://appellatecases.courtinfo.ca.gov/search/case/disposition (searching A108245).

In advance of the September 22, 2011 hearing, the Court directs the parties to determine if the notice of appeal in the second appeal was filed on March 15, 2007. As soon as is practicable, the parties are directed to supplement the record with such court documents and dockets as are necessary to

establish the timing and disposition of the second state court appeal.

**IT IS SO ORDERED.**

Dated: September 15, 2011

SUSAN ILLSTON
United States District Judge