IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERNANDEZ ET AL,

        Plaintiff,

v.

BROIN ET AL,

        Defendant.

No. C 11-02397 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 13, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 27, 2012.

DESIGNATION OF EXPERTS: 8/6/12; REBUTTAL: 8/20/12.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 10, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by September 21, 2012;

    Opp. Due October 5, 2012 ; Reply Due October 12, 2012;

    and set for hearing no later than October 26, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 27, 2012 at 3:30 PM.

COURT TRIAL DATE: December 10, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 2 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Case reserved for motion hearing on April 13, 2012, at 9:00 a.m. (file 3/9/12, oppose 3/23/12, reply 3/30/12).

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/14/11

                                    SUSAN ILLSTON
                                    United States District Judge