# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERNANDEZ ET AL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BROIN ET AL,<br><br>　　　　　Defendant.<br>_____/ | No. C 11-02397 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>April 13, 2012</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>July 27, 2012</u>.

DESIGNATION OF EXPERTS: <u>8/6/12</u>; REBUTTAL: <u>8/20/12</u>.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>September 10, 2012</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>September 21, 2012</u>;

　　Opp. Due <u>October 5, 2012</u> ; Reply Due <u>October 12, 2012</u>;

　　and set for hearing no later than <u>October 26, 2012</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>November 27, 2012</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>December 10, 2012</u> at <u>8:30 AM.</u>,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>2</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Case reserved for motion hearing on April 13, 2012, at 9:00 a.m. (file 3/9/12, oppose 3/23/12, reply 3/30/12).

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/14/11

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge