IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERNANDEZ, *et al.*, | No. C 11-2397 SI |
| Plaintiffs, | **ORDER CONTINUING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT TO MAY 18, 2012 AND SETTING FURTHER BRIEFING SCHEDULE** |
| v. | |
| KEVIN BROIN, *et al.*, | |
| Defendants. | |

Defendant's motion for summary judgment is scheduled for a hearing on April 13, 2012. Plaintiffs' opposition to defendant's motion does not address the substance of defendant's arguments. Instead, plaintiffs assert that defendant's motion is procedurally improper, and they argue that defendant's motion should be denied because this Court previously held that plaintiffs had stated a claim against defendant Broin. Plaintiffs' opposition also states "Plaintiffs represent that they have much more evidence that they could present on the subject to rebut Defendant's claims," although plaintiffs' opposition does not actually submit any such evidence. Pls' Opp'n at 6:27-7:1.

The Court finds that defendant's motion for summary judgment is not procedurally improper. Further, the Court's prior ruling that plaintiffs had stated a claim against defendant Broin has no bearing on whether, as a factual matter, defendant is entitled to summary judgment. Accordingly, and in the interest of resolving defendant's motion on the merits, the Court reschedules defendant's motion to **May 18, 2012** at **9:00 a.m.** Plaintiffs are directed to file a supplemental opposition, including any supporting evidence, by **April 27, 2012**, and defendant may file a supplemental reply by **May 4, 2012**. Plaintiffs' opposition shall address the substantive arguments made by defendant, and shall identify and submit any evidence "showing that the defendant['s] actions . . . rendered ineffective any state court remedy

United States District Court
For the Northern District of California

[they] previously may have had." *Swekel v. City of River Rouge*, 119 F.3d 1259, 1263 (6th Cir. 1997) (internal citation omitted); *see generally id.* (discussing denial of access to courts cases).

**IT IS SO ORDERED.**

Dated: April 2, 2012

SUSAN ILLSTON
United States District Judge