IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERNANDEZ, *et al.*, | No. C 11-2397 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| KEVIN BROIN, *et al.*, | |
| Defendants. / | |

The Court has dismissed plaintiffs' claims against certain defendants, and granted summary judgment in favor of defendant Broin. Accordingly, the Court enters judgment against plaintiffs and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 19, 2012

SUSAN ILLSTON
United States District Judge