IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN HERNANDEZ, *et al.*,

    Plaintiffs,

v.

KEVIN BROIN, *et al.*,

    Defendants.
                           /

No. C 11-2397 SI

**JUDGMENT**

The Court has dismissed plaintiffs' claims against certain defendants, and granted summary judgment in favor of defendant Broin. Accordingly, the Court enters judgment against plaintiffs and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June19, 2012

                                           SUSAN ILLSTON
                                           United States District Judge